**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ARRIVALSTAR S.A. AND MELVINO,** | § | |
| **TECHNOLOGIES LIMITED,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Hon. Robert M. Dow** |
| **v.** | § | **Magistrate Judge Arlander Keys** |
| | § | |
| **CANADIAN NATIONAL RAILWAY,** | § | **Civil Action No. 08 C1086** |
| **COMPANY, CSX CORPORATION, INC.,** | § | |
| **BNSF RAILWAY COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **CONTINENTAL AUTOMOTIVE  and** | § | |
| **SYSTEMS US, INC.** | § | |
| | § | |
| **Defendants.** | § | |

**AGREED MOTION FOR ORDER OF DISMISSAL
WITH PREJUDICE OF BNSF RAILWAY COMPANY**

The Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited (collectively

"ArrivalStar"), and Defendant BNSF  Railway Company ("BNSF"), by and through their

undersigned counsel, respectfully move this Court to enter the Order of Dismissal With Prejudice

of BNSF pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, a copy of which is

attached as Exhibit A.

DATED:  February 3, 2009

Respectfully submitted,

s/ Jennifer A. Bondurant                              s/ Donald Edward Herrmann
Anthony E. Dowell                                     Donald Edward Herrmann
Geoffrey D. Smith                                     Michael D. Anderson
Jennifer A. Bondurant                                 **KELLY HART & HALLMAN, LLP**
**DOWELL BAKER, PC**                                  Wells Fargo Bank Tower
201 Main Street, Suite 710                            201 Main Street, Suite 2500
Lafayette, IN  47901                                  Fort Worth , TX 76102
Telephone: (765) 429-4004                             Telephone: (817) 332-2500

**ATTORNEYS FOR PLAINTIFFS**                          Julian Clark Martin
**ARRIVALSTAR S.A. AND**                              **KELLY HART & HALLMAN, LLP**
**MELVINO TECHNOLOGIES LIMITED**                      1000 Louisiana Street. Suite 4700
                                                      Houston , TX 77002
                                                      Telephone: (832) 646-4160

                                                      Jennifer Lynn Fitzgerald
                                                      Richard Thomas Sikes, Jr.
                                                      **FREEBORN & PETERS**
                                                      311 South Wacker Drive, Suite 3000
                                                      Chicago , IL 60606
                                                      (312) 360-6000

                                                      **ATTORNEYS FOR DEFENDANT**
                                                      **BNSF RAILWAY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009 the foregoing Agreed Motion for Order of Dismissal with Prejudice of BNSF Railway Company was served electronically on all counsel of record through the Court's ECF system.

s/ Jennifer A. Bondurant